JOHN MEYER, Appellant, v. FLORENCE MEYER, Respondent.— Judgment unanimously affirmed, without costs. (*Sleicher* v. *Sleicher*, 251 N. Y. 366, 371, 373.) Decision and judgment on original trial examined. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MORRIS MORGENSTERN and ROSE MORGENSTERN, Respondents, v. DANIEL FUCHS and NATHAN D. FUCHS, Appellants.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the facts do not justify an injunction *pendente lite.* Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.■

NEW YORK FOUNDATION, Appellant, v. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.†— Order granting motion to dismiss complaint reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the complaint states facts sufficient to constitute a cause of action under the provisions of section 501 of the Real Property Law.■ Defendants may answer within ten days from service of a copy of the order herein upon payment of such costs. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

BERNARD PRITZ, as Administrator, etc., of JOSEPH ZOOB, Respondent, v. MARY C. KNIGHT and JOSEPH I. KNIGHT, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUBERT KRANTZ, Appellant.— Order dismissing appeal from order of the Children's Court of Nassau county modified by providing that said order was affirmed, and as so modified order affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of MARION KELLY, Respondent, v. BESSIE NARAS, Appellant. (Action No. 1.) — Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of MICHAEL DEGUIRO, Respondent, v. BESSIE NARAS, Appellant. (Action No. 2.) — Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.